AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| 10Huvelle, Ellen S. | US District Court for the District of Columbia | 06/6/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

333 Constitution Avenue NW
Washington DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Board of Overseers, Boston School of Law |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed, Partner in Law Firm (January-September 2011) |
| 2. 2011 | Senior Counsel in Law Firm (October-December 2011) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | School of Transnational Law | 10/31/2011-11/13/2011 | Shenzhen, China | Teaching | Transportation, hotel, food |
| 2. | Boston College Law School | 5/6/2011 - 5/7/2011 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 3. | Boston College Law School | 10/21/2011 - 10/22/2011 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 4. | MacArthur Foundation/ Foundation to Promote Open Society | 6/8/2011-6/9/2011 | Queenstown, MD | U.S. State Department Human Rights Dialogue with Chinese officials | Transportation, hotel, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | P1 | T | | | | | |
| 2. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | J | T | Buy | 12/07/11 | J | | |
| 3. American Online | | None | J | T | | | | | |
| 4. Alliance Bernstein Int'l Value | A | Dividend | K | T | | | | | |
| 5. AllianceBernstein Small CP Value C | A | Dividend | J | T | | | | | |
| 6. CSX Corp | A | Dividend | K | T | Buy | 09/22/11 | J | | |
| 7. | | | | | Buy | 12/7/11 | J | | |
| 8. DC Ballpark 5% due 2/22 | C | Interest | M | T | | | | | |
| 9. Diamond Hill Long-Short | | None | K | T | | | | | |
| 10. Eaton Vance Parametric Structured EM | A | Dividend | L | T | | | | | |
| 11. EMC | | None | J | T | | | | | |
| 12. FEDEX Corp | | None | J | T | Buy | 12/7/11 | J | | |
| 13. Franklin Hi Yield Tx Fr C | A | Interest | K | T | Buy | 12/7/11 | K | | |
| 14. Franklin Utilities C | | None | K | T | Buy | 12/7/11 | J | | |
| 15. Hewlett Packard | A | Dividend | | | Sold | 12/1/11 | K | | |
| 16. INVESCO Developing Markets | B | Dividend | K | T | | | | | |
| 17. INVESCO Intl Growth | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares 2017 S&P AMT-FREE | A | Interest | K | T | Buy | 12/7/11 | K | | |
| 19. iShares Barclays 1-3 Yr Treasury Bd | B | Dividend | M | T | | | | | |
| 20. iShares Dj US Healthcare Shares | A | Dividend | K | T | | | | | |
| 21. iShares MSCI Brazil | A | Dividend | J | T | | | | | |
| 22. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 23. iShares Sm Cap 600 Growth | A | Dividend | K | T | | | | | |
| 24. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 25. Market Vectors Gold Miners | A | Dividend | K | T | | | | | |
| 26. MFS New Discovery | C | Dividend | K | T | | | | | |
| 27. MFS Muni Bond | B | Int./Div. | K | T | | | | | |
| 28. MFS Utilities | A | Dividend | K | T | Buy | 12/7/11 | J | | |
| 29. Montgomery Co. MD 5.0% 10/01/12 | B | Interest | L | T | | | | | |
| 30. M S Limited Duration US Gov't Tr | B | Dividend | M | T | | | | | |
| 31. Nuance | | None | J | T | | | | | |
| 32. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 33. Oppenheimer Rochester | C | Int./Div. | K | T | | | | | |
| 34. Oracle Corp | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Palm Beach Criminal 5.375% 06/01/11 | B | Interest | | | Redeemed | 6/1/11 | K | | |
| 36. Pepsico Inc NC | | None | K | T | Buy | 9/22/11 | K | | |
| 37. Powershares Wilderhill Progressive Energy | A | Dividend | J | T | | | | | |
| 38. Schlumberger | A | Dividend | J | T | | | | | |
| 39. Templeton Globabl Bond - | C | Dividend | K | T | | | | | |
| 40. Time Warner Cable | A | Dividend | K | T | | | | | |
| 41. Time Warner | A | Dividend | J | T | | | | | |
| 42. Utilities Sel Sect SPDR | A | Dividend | K | T | Buy | 12/7/11 | K | | |
| 43. Walgreen Co | A | Dividend | J | T | Buy | 9/22/11 | J | | |
| 44. IRA #2 | D | Dividend | P1 | T | | | | | |
| 45. -Morgan Stanley Bank | | | | | | | | | |
| 46. -Abbott Laboratories | | | | | | | | | |
| 47. -Cap Protected Notes on S&P 500 Index | | | | | | | | | |
| 48. -iShares Barclays TIPS Bond Fund | | | | | | | | | |
| 49. -iShares iBoxx Corp Bond Fund | | | | | | | | | |
| 50. -iShares Msc 1 EAFE | | | | | | | | | |
| 51. -iShares S&P Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -iShares S&P Value | | | | | | | | | |
| 53. -iShaes Small Cap Growth | | | | | | | | | |
| 54. -Principal Protected Notes* | | | | | | | | | |
| 55. -Under Armour | | | | | Sold<br>(part) | 04/29/11 | K | D | |
| 56. -Morgan Stanley Limited Duration | | | | | | | | | |
| 57. -AllianceBernstein Global Bond | | | | | | | | | |
| 58. -Investment Company of America | | | | | | | | | |
| 59. -Calvert Large Growth | | | | | | | | | |
| 60. -Delaware Small Cap Value | | | | | | | | | |
| 61. -Eaton Vance Large Value Fund | | | | | | | | | |
| 62. -Goldman Sachs Small Value | | | | | | | | | |
| 63. - INVESCO Developing Markets | | | | | | | | | |
| 64. -Ivy Asset Strategies | | | | | | | | | |
| 65. -MFS Emerging Markets Debt | | | | | | | | | |
| 66. -MFS Value | | | | | | | | | |
| 67. -Sentinel Small Company | | | | | | | | | |
| 68. Active Assets Tax Free | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Allianz NFJ Div. Value | A | Dividend | L | T | | | | | |
| 70. AmCap | | None | K | T | | | | | |
| 71. Apple Computer | | None | K | T | | | | | |
| 72. Delaware Emerging Markets | A | Dividend | K | T | | | | | |
| 73. Diamond Hill Small Cap | C | Dividend | M | T | Buy (add'l) | 10/17/11 | L | | |
| 74. ExxonMobil | C | Dividend | M | T | | | | | |
| 75. Franklin Small Midcap Growth | B | Dividend | L | T | | | | | |
| 76. General Electric | C | Dividend | M | T | | | | | |
| 77. Henderson International Opportunties - | | None | L | T | | | | | |
| 78. IBM | A | Dividend | K | T | | | | | |
| 79. INVESCO Diversified Dividend | B | Dividend | L | T | | | | | |
| 80. INVESCO Developing Markets | A | Dividend | K | T | | | | | |
| 81. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 82. iShares Morningstar Large Value | C | Dividend | M | T | | | | | |
| 83. iShares Morningstar Mid Value | A | Dividend | M | T | Buy | 10/17/11 | L | | |
| 84. iShares S&P 500 Growth | A | Dividend | L | T | | | | | |
| 85. iShares S/T Munis | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Small Cap Growth | A | Dividend | K | T | | | | | |
| 87. iShares S&P Natl Mun Bd Fd | A | Int./Div. | M | T | Buy | 10/17/11 | L | | |
| 88. MFS Internatonal Value | A | Dividend | K | T | | | | | |
| 89. Lincoln National American Legacy | | None | M | T | | | | | |
| 90. Neustar CLA A | | None | J | T | Buy | 3/22/11 | J | | |
| 91. New York GO 3% due 2/12 | C | Interest | M | T | | | | | |
| 92. Nuance | | None | K | T | | | | | |
| 93. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 94. Osceola 5% of 6/15 | D | Interest | M | T | | | | | |
| 95. Prudential Jennison Small Company | | None | K | T | | | | | |
| 96. Sentinel Short Term Government | A | Dividend | M | T | Buy (add'l) | 10/17/11 | L | | |
| 97. Thornburg Int Muni Natl | A | Int./Div. | M | T | Buy | 10/17/11 | L | | |
| 98. IRA #1 | C | Int./Div. | M | T | | | | | |
| 99. -Morgan Stanley Bank/Liquid Asset Fund | | | | | | | | | |
| 100. -Delaware Small Cap Value Fund | | | | | | | | | |
| 101. ⬚ -- Defined Benefit Plan | C | Int./Div. | M | T | Distributed (part) | 08/05/11 | P1 | | |
| 102. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 104. Winslow Green Mutual Fund | A | Dividend | J | T | | | | | |
| 105. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 106. -Dodge & Cox | | | | | Sold (part) | 06/27/11 | L | | |
| 107. -American Funds Growth Fund of Am. | | | | | Sold (part) | 6/27/11 | L | | |
| 108. | | | | | Sold (part) | 11/16/11 | M | D | |
| 109. -American Beacon Small Cap | | | | | Sold | 8/1/11 | M | | |
| 110. -Ranier Small/Mid Cap Equity | | | | | Sold | 8/1/11 | M | | |
| 111. -Lazard Emerging Mkts | | | | | Buy (add'l) | 1/4/11 | J | | |
| 112. | | | | | Buy (add'l) | 1/26/11 | K | | |
| 113. | | | | | Buy (add'l) | 2/2/11 | J | | |
| 114. | | | | | Buy (add'l) | 10/3/11 | K | | |
| 115. -Thornburg International | | | | | Sold | 11/16/11 | M | D | |
| 116. -Schwab Stable Value | | | | | Buy (add'l) | 6/27/11 | K | | |
| 117. -PIMCO Total Return | | | | | Buy (add'l) | 1/4/11 | J | | |
| 118. | | | | | Sold (part) | 1/26/11 | K | B | |
| 119. | | | | | Buy (add'l) | 6/27/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/3/11 | K | | |
| 121. -Schwab US Treasury Money Market | | | | | Buy | 8/1/11 | N | | |
| 122. -JPMorgan Large Cap Growth R5 | | | | | Buy | 11/16/11 | M | | |
| 123. -Thornburg International Equity Fund | | | | | Buy | 11/16/11 | M | | |
| 124. -Vanguard Institutional Index Instl | | | | | | | | | |
| 125. -Vanguard Extended Market Idx Instl | | | | | | | | | |
| 126. Retirement Account | D | Dividend | P1 | T | | | | | |
| 127. -iShares Barclays Treas Inflation Protected Secs Fd | | | | | Buy | 8/5/11 | J | | |
| 128. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 129. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 130. -iShares Tr Russell 2000 Value Index Fd | | | | | Buy | 8/5/11 | J | | |
| 131. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 132. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 133. -Aberdeeb Equity Long Short Fund | | | | | Buy | 8/5/11 | J | | |
| 134. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 135. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 136. -Blackrock Equity Dividend Fd | | | | | Buy | 8/5/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 138. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 139. -Blackrock Global Div Income Port | | | | | Buy | 8/5/11 | K | | |
| 140. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 141. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 142. -Columbia Acorn Class Z | | | | | Buy | 8/5/11 | J | | |
| 143. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 144. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 145. -Eaton Vance Atlanta Cap Smid Cap Fd | | | | | Buy | 10/13/11 | J | | |
| 146. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 147. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 148. -Federated Strategic Value Dividend | | | | | Buy | 10/17/11 | L | | |
| 149. -Fidelity Advisor FL Rate High Inc | | | | | Buy | 8/5/11 | J | | |
| 150. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 151. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 152. -Fidelity Advisor New Insights | | | | | Buy | 8/5/11 | K | | |
| 153. | | | | | Buy (add'l) | 11/1/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/12/11 | K | | |
| 155. -Absolute Strategies Institutional | | | | | Buy | 8/5/11 | J | | |
| 156. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 157. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 158. | | | | | Buy (add'l) | 12/12/11 | K | | |
| 159. -MFS International Diversification Fd | | | | | Buy | 8/5/11 | K | | |
| 160. | | | | | Buy (add'l) | 11/1/11 | K | | |
| 161. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 162. -PIMCO Total Return Instl | | | | | Buy | 8/5/11 | K | | |
| 163. | | | | | Buy (add'l) | 11/1/11 | K | | |
| 164. | | | | | Buy (add'l) | 12/12/11 | K | | |
| 165. -PIMCO Commodity Real Return Instl | | | | | Buy | 8/5/11 | J | | |
| 166. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 167. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 168. -Principal High Yield | | | | | Buy | 8/5/11 | J | | |
| 169. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 170. | | | | | Buy (add'l) | 12/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ridgeworth Mid Cap Value Equity | | | | | Buy | 8/5/11 | J | | |
| 172. | | | | | Sold | 10/13/11 | J | A | |
| 173. -Templeton Global Bond Advisor | | | | | Buy | 8/5/11 | K | | |
| 174. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 175. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 176. -Vanguard Short Term Bond Index Investor | | | | | Buy | 8/5/11 | J | | |
| 177. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 178. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 179. -Vanguard Index Trust Sm Cap Grwth Inv | | | | | Buy | 8/5/11 | J | | |
| 180. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 181. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 182. Aberdeen Equity Long Short Fund | A | Dividend | K | T | Buy | 10/31/11 | K | | |
| 183. Eaton Vance Atlanta Cap Smid Cap Fd | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 184. Federated Strategic Value Dividend | A | Dividend | K | T | Buy | 11/2/11 | K | | |
| 185. Absolute Strategies Institutional | A | Dividend | K | T | Buy | 10/31/11 | K | | |
| 186. Goldman Sachs Short Duration T/F Instl | A | Int./Div. | K | T | Buy | 11/2/11 | K | | |
| 187. T Rowe Price Instl Large Cap Growth | A | Dividend | K | T | Buy | 10/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 10Huvelle, Ellen S. | 06/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Manning & Napier World Oppt Ser | A | Dividend | K | T | Buy | 10/31/11 | K | | |
| 189. Nuveen High Yield Municipal | A | Interest | J | T | Buy | 11/2/11 | J | | |
| 190. Oppenheimer Dev Markets Fd | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 191. PIMCO Commodity Real Return Inst | A | Dividend | J | T | Buy | 10/31/11 | J | | |
| 192. Ridgeworth Invst Gr Tax Exempt Bd | A | Int./Div. | K | T | Buy | 10/31/11 | K | | |
| 193. Rydex SGI Managed Futures Strat | | None | J | T | Buy | 10/31/11 | J | | |
| 194. Vanguard Short Term Tax Exempt Investor | A | Interest | J | T | Buy | 10/31/11 | J | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 18, 20, and 21 of the 2010 Report now appear as Line 16 of the 2011 Report.

Line 78 of the 2010 Report appears as Line 63 of the 2011 Report.

Line 107 of the 2010 Report now appears as Line 80 on the 2011 Report.

Lines 124 and 125 of the 2011 Report were inadvertently omitted from the 2010 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ellen S. 10Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544